# Ex. A

JANUS et Cie



**AMENDED AND RESTATED DESIGN AGREEMENT**

This will confirm the agreement ("Agreement") entered into as of August 31, 2016, between JANUS et Cie, a California corporation ("JANUS et Cie"), Poltrona Frau Group, a subsidiary of Haworth, Inc., a Michigan corporation ("Poltrona Frau Group"), and Janice Feldman ("you" or "your"), an individual.

WHEREAS, you are a designer of various articles of manufacture, including, but not limited to, furniture, furnishings, textiles and accessories.

WHEREAS, JANUS et Cie is in the business of manufacturing, marketing and distributing various indoor and outdoor furniture products, including, but not limited to, chairs, tables, stools, benches, umbrellas, textiles, chaise lounges and casual furniture (collectively, "Products").

WHEREAS, in addition to and in connection with your employment with JANUS et Cie, pursuant to the Employment Agreement, dated as of May 2, 2016, JANUS et Cie desires to engage your services to create and submit sketches, drawings, artwork, product configurations, models, mock-ups, prototypes, line extensions and/or other designs of Products (collectively, "Designs") that may be manufactured, marketed and distributed by JANUS et Cie.

WHEREAS, the parties hereto previously entered into a Design Agreement, dated as of May 2, 2016 (the "Original Design Agreement"), and wish to amend and restate the Original Design Agreement in its entirety as set forth herein.

NOW, THEREFORE, in consideration of the mutual promises hereinafter set forth, and other consideration, the receipt and sufficiency of which is hereby acknowledged by each of the parties, the parties agree as follows:

1. <u>Services</u>.

    (a) JANUS et Cie hereby engages you to create and submit to JANUS et Cie original Designs created by you from the date of execution of the Original Design Agreement and intended for Products to be manufactured, marketed and distributed by JANUS et Cie in accordance with the terms of this Agreement (such Designs, "Original Designs").

    (b) In addition to Original Designs, upon request of the CEO of Poltrona Frau Group (hereinafter, the "Poltrona Frau Group Designated Individual"), you may create and submit Designs intended for Products based on existing products, product designs or concepts, including any archived products and designs, owned by, or licensed to Poltrona Frau Group's affiliates (including Poltrona Frau, Cassina and Cappellini), that can be converted or manufactured for outdoor use (such Designs, "Conversion Designs").

(c) In addition to Original Designs and Conversion Designs, you may create and submit Designs based solely upon Accepted Designs or Conversion Designs (such Designs, "Derivative Designs"), which Derivative Designs shall be deemed derivative works of the applicable Accepted Designs or Conversion Designs.

2. Design Approval.

(a) Acceptance. JANUS et Cie will have up to sixty (60) days after the receipt of your submitted Designs ("Acceptance Period") to notify you in writing whether such Designs are accepted by sending you a written notice of acceptance ("Acceptance Notice"). Design submissions will occur twice annually as part of a product design strategy process to be developed together with the Poltrona Frau Group Designated Individual, unless circumstances relating to such Designs warrant attention on a more timely basis in which case you and the Poltrona Frau Group Designated Individual will agree on a mutually acceptable timetable. Any such Designs will be submitted to the Poltrona Frau Group Designated Individual for an independent review. During the Acceptance Period, the Poltrona Frau Group Designated Individual shall promptly provide written notice to you and JANUS et Cie of the acceptance of any Designs that the Poltrona Frau Group Designated Individual chooses to accept, including the approval of, and consent to, any Original Design or any Conversion Design. JANUS et Cie will be under no obligation to compensate you under Section 5 of this Agreement without your receipt of an Acceptance Notice. In the event the Poltrona Frau Group Designated Individual sends you an Acceptance Notice with respect to one or more of your Designs (whether an Original Design, Conversion Design or Derivative Design) during the applicable Acceptance Period (any such accepted Design shall hereinafter be referred to as an "Accepted Design"), then, as more fully described in Section 3 below, JANUS et Cie shall acquire the full right, title and interest in and to such Accepted Design as of the date of mailing or electronic transmission of the applicable Acceptance Notice ("Acceptance Date"). Nothing herein shall be construed as obligating JANUS et Cie to accept any of your Designs.

(b) Rejection. A submitted Design will be deemed rejected ("Rejected Design") in the event (a) the Poltrona Frau Group Designated Individual does not send an Acceptance Notice during the Acceptance Period with respect to such submitted Design (and has not agreed with you to extend the Acceptance Period with respect to such Design), or (b) the Poltrona Frau Group Designated Individual sends you a written rejection notice ("Rejection Notice") with respect to such submitted Design. You shall retain all right, title and interest in and to any Rejected Design, subject to Section 2(c) below. For the sake of clarity, (i) JANUS et Cie's request (or any request of the Poltrona Frau Group Designated Individual) to modify a Design shall not be deemed a rejection of such Design, and (ii) neither JANUS et Cie nor the Poltrona Frau Group Designated Individual shall be entitled to effect any changes to any submitted Original Designs without your prior consent and approval, which consent and approval shall not be unreasonably delayed, suspended or withheld. The Poltrona Frau Group Designated Individual shall have final discretion and approval for any and all changes to a submitted Design, including: (i) changes to the structure of the form of the Products; (ii) changes to the colors for the Products; and (iii) changes to the materials to be used to manufacture and fabricate the Products.

(c) Designer Acknowledgement. You understand and acknowledge that JANUS et Cie is engaged in the business of designing and producing furniture and other industrial products and that JANUS et Cie may now or in the future develop or otherwise be involved in projects that are similar to the Rejected Designs in design or concept. You further understand and agree JANUS

et Cie receives numerous submissions of ideas, concepts, projects, designs and the like, and that many of the submissions that JANUS et Cie may have received in the past or may receive in the future are similar to the Rejected Designs, or are otherwise available to JANUS et Cie. You acknowledge that JANUS et Cie has no obligation to accept a submitted Design if JANUS et Cie determines that it has an independent legal right to use such other similar material (including, without limitation, because features or elements contained in the Design are not new or novel or were or may hereafter be independently created and submitted by other persons, including JANUS et Cie's employees). You agree that you will not be entitled to any compensation as a result of JANUS et Cie's use of any design fitting any of the foregoing descriptions unless such design is deemed to be a Duplication of any of the Rejected Designs. For purposes of this Agreement, a "Duplication" of a Rejected Design shall refer to any overall furniture design adopted by JANUS et Cie that so closely resembles a Rejected Design that an ordinary person would perceive the JANUS et Cie product as being a duplication of the Rejected Design.

      3.    Ownership. You hereby irrevocably and unconditionally transfer, assign, quitclaim and set over to JANUS et Cie all title, rights and interest of every kind and nature in and to all Accepted Designs (which include Original Designs, Conversion Designs and Derivative Designs) and any and all other Products created based on your Accepted Designs ("Design-Based Products"), from and after the applicable Acceptance Date for perpetuity, throughout the world, including, without limitation, the copyrights (and renewals, extensions and restorations thereof), trademark and trade dress rights, industrial design rights, patent rights, "collection rights," "neighboring rights," and all other intellectual property rights and intangible property rights therein and thereto, and the exclusive rights to reproduce, adapt, distribute, display, make available and/or otherwise exploit or use the Accepted Designs (collectively, the "Rights"). The Rights include the right, in JANUS et Cie's sole discretion and subject to the terms of this Agreement, to modify the Accepted Designs and Design-Based Products, to choose any name or trademark to be used in connection with the Design-Based Products, to select any type of materials to be used in the manufacture of the Design-Based Products, to use the Accepted Designs in connection with the advertising and promotion of Design-Based Products or JANUS et Cie, and to apply for registration of any intellectual property right, including copyright, patent, trademark, and industrial design, in the Accepted Designs or Design-Based Products with any applicable authority throughout the world. You hereby waive any and all rights known as "moral rights" and any similar rights which you may have in connection with the Accepted Designs. You agree to take all acts, including executing all documents, that JANUS et Cie may reasonably require to confirm the Rights transferred hereunder, including any acts necessary for JANUS et Cie to register its intellectual property rights with any applicable authority, and if you fail to do so within thirty (30) days' written notice thereof, you hereby irrevocably appoint JANUS et Cie as your lawful attorney-in-fact, which constitutes a power coupled with an interest, with the right to execute and do all things necessary solely with respect to such documents to fulfill the purpose of this Agreement.

      4.    Prototypes. During the Acceptance Period, including prior to the acceptance of a Design submitted by you, JANUS et Cie shall have the right to create and manufacture, at its own expense, samples, mock-ups, models or prototypes of Products based on any of your submitted Designs ("Prototypes") for experimental, test, and marketing purposes.

      5.    Compensation.

(a) <u>Royalties</u>. JANUS et Cie shall pay you in quarterly installments (i) in perpetuity, a royalty in an amount equal to 4% of Original Design Net Sales for all Design-Based Products based on Original Designs (or Derivative Designs thereof), and (ii) for a period of 10 (ten) years, commencing on the date of offering for sale of a Conversion Design, a royalty of 2% of Conversion Design Net Sales for all Design-Based Products based on such Conversion Design (or Derivative Design thereof) (collectively, "<u>Royalties</u>"). For purposes of this Agreement, (i) "<u>Original Design Net Sales</u>" means the total amounts actually collected by Haworth, Inc. or its affiliates, including, but not limited to, JANUS et Cie, from the sale of Original Designs (or Derivative Designs thereof), less returns and allowances, sales and value-added taxes, customs duties and other such charges imposed on the sale of products by governmental authorities, and applicable freight and insurance charges, and (ii) "<u>Conversion Design Net Sales</u>" means the total amounts actually collected by Haworth, Inc., and/or its affiliates, including, but not limited to, Poltrona Frau Group, from the sale of Conversion Designs (or Derivative Designs thereof), less returns allowances, sales and value-added taxes, customs duties and other such charges imposed on the sale of products by governmental authorities, and applicable freight and insurance charges.

(b) <u>Accounting</u>. JANUS et Cie will account to you within thirty (30) days of each calendar quarter by providing you with an accurate and itemized statement showing the number of Design-Based Products sold during the applicable quarter and the Original Design Net Sales and/or Conversion Design Net Sales, as applicable, with respect to such sales. For reporting purposes, Original Design Net Sales and/or Conversion Design Net Sales, as applicable, in a currency other than U.S. Dollars shall be converted to U.S. Dollars at the exchange rate in effect at the time of sale. The accounting statement shall be accompanied by a payment of the amount due, if any, in accordance with the accounting statement. All payments due to you pursuant to this Agreement shall be made in U.S. Dollars and shall be sent to you by check mailed to the address shown below or such other address you provide to JANUS et Cie in writing. All accounting statements shall be deemed conclusive, final and binding unless specific objection in writing is given to JANUS et Cie within one (1) year after the royalty statement is delivered to you.

(c) <u>Books and Records</u>. JANUS et Cie shall keep, at its place of business, accurate books and records related to the manufacture, sale and shipments of all Design-Based Products during the term of your services hereunder and for two (2) years thereafter. You shall have the right to inspect JANUS et Cie's books and records as they pertain to this Agreement provided such inspection occurs within eighteen (18) months from the date the applicable statement was issued and only insofar as the books and records pertain to monies payable under this Agreement. The inspection shall be made on not less than thirty (30) days prior written notice, during normal business hours, on a date reasonably approved by JANUS et Cie and not more frequently than once annually. Any such audit shall be at your sole cost and expense, unless the audit reveals a total underpayment of Royalties to you of at least fifteen percent (15%), in which case the cost of such audit shall be borne by JANUS et Cie, excluding any costs associated with travel to and from JANUS et Cie's place of business. None of the parties shall have the right to sue another one of the parties in connection with a breach by a party under this Agreement unless the party bringing such suit commences the suit within two (2) years after the date when such alleged breach occurred.

(d) <u>Expenses</u>. Reasonable travel expenses, including transportation, housing and meals, incurred at the request of JANUS et Cie shall be paid by JANUS et Cie provided that they are approved in writing by JANUS et Cie prior to your incurring such expenses. You acknowledge and agree that all other costs or expenses incurred by you in connection with the creation, production or

delivery of Designs shall be your sole responsibility unless otherwise agreed in writing by the parties. You further agree that JANUS et Cie shall not owe you or any third party any additional compensation other than that described in this Section 5 in connection with JANUS et Cie's manufacture, sale or other distribution of Approved Designs or Design-Based Products.

6. Name / Likeness. Unless otherwise agreed upon by you and the Poltrona Frau Group Designated Individual in writing, JANUS et Cie shall use its commercially reasonable efforts to reference you by name in a mutually agreeable format on all materials for the Design-Based Products, including on any catalogs, advertisements, editorial content and other marketing materials in any and all media.

7. Term / Termination.

(a) Subject to Section 7(b), the term of this Agreement shall exist and continue until the expiration or termination of the Employment Agreement.

(b) Sections 3 (*Ownership*), 4 (*Prototypes*), 5 (*Compensation*), 6 (*Name / Likeness*), 7 (*Term / Termination*), 8 (*Confidentiality*), 9 (*Representations / Warranties / Indemnities*), 10 (*Notices*), 13 (*Assignment*), and 14 (*Miscellaneous*) shall survive termination of this Agreement. For the sake of clarity and notwithstanding any provision to the contrary in this Agreement, in the event this Agreement is terminated or expires by its terms or you shall die or become incapacitated for any reason, Royalties shall continue to be payable to you or your trust or other entity designated by you (i) in perpetuity, with reference to Original Design Net Sales generated from the sale of Original Designs, and (ii) for the applicable 10 (ten) year term, with reference to Conversion Design Net Sales, in each case, generated from the sale of Design-Based Products. Termination or expiration of this Agreement shall in no manner affect JANUS et Cie's sole and exclusive ownership of all Accepted Designs in perpetuity.

8. Confidentiality. You acknowledge and agree that in the course of providing services under this Agreement, you may learn of confidential, proprietary and/or sensitive non-public information regarding JANUS et Cie and/or its Products, including trade secrets, Product designs (including the Accepted Designs), drawings, schematics, specifications, concepts, inventions, revenue and sales information, costs, pricing, customer lists, information about its contractors, suppliers, vendors and customers, its strategies, plans, launch dates, tools, equipment, technology, systems, processes, plans, policies, business methods and other technical, business, operational and financial information (collectively, "Confidential Information"). You agree to keep all Confidential Information in the strictest confidence and agree that you will not disclose any such information to any party, in any manner, even in the course of casual discussions, at any time (including all times during which you are rendering services and at all times thereafter), without regard to the manner in which it was obtained by you. By way of example, without limitation, you may acquire Confidential Information by observation of documents, people or events or by direct communications with representatives of JANUS et Cie; nevertheless, all such information shall remain within the scope of Confidential Information. If at any time you become aware of any unauthorized use, disclosure or communication of Confidential Information by yourself or any other party, you agree to immediately inform JANUS et Cie of such use, disclosure or communication. You will be liable for any disclosure or use of the Confidential Information by any of your representatives, agents, assigns and/or affiliates that would not be a permissible disclosure or use by you under the terms of this Agreement. The terms of this section are in addition to, and not in lieu

of, any other common law, statutory, contractual or other obligations you may have. You acknowledge and agree that the provisions set forth in this Agreement are necessary and reasonable to protect JANUS et Cie's Confidential Information, a breach or threatened breach of any provision of this Agreement by you or at your direction will cause great and irreparable harm to JANUS et Cie, it would be difficult or impossible to ascertain with specificity the monetary damage to JANUS et Cie from disclosure of the Confidential Information, and JANUS et Cie shall have no adequate remedy at law. Therefore, in addition to any other rights and remedies JANUS et Cie may have, JANUS et Cie, without posting any bond, shall be entitled to specific performance of the provision breached and/or to obtain, and you agree not to oppose a request for, injunctive and other equitable relief to prevent a breach or continuing breach of this Agreement.

        9.      <u>Representations; Warranties; Indemnity</u>. You represent and warrant that: (i) you have the right to enter into this Agreement and are entitled to sell, transfer and assign Rights in connection with any Original Design in accordance with this Agreement; (ii) Original Designs to be provided by you are original creations and created solely by you, and no third parties (including no other designers) will have contributed to the creation of such Original Designs; (iii) the Original Designs, to your knowledge, at the time of creation will not violate any intellectual property right of any third party, including copyright, patent, trade dress, trade secret or industrial design; (iv) at the time you submit an Original Design, there will not be a claim or litigation about or relating to such Original Design that is not disclosed to JANUS et Cie; (v) to your knowledge, you have not done anything to compromise the rights granted to JANUS et Cie hereunder; and (vi) you will not oppose, cancel, revoke, invalidate, challenge and/or otherwise object to the ownership, use, registration, application, prosecution and/or exploitation of Rights relating to Original Designs by JANUS et Cie. You agree to indemnify and hold JANUS et Cie and its successors and assigns harmless from and against any and all claims, damages, costs, expenses, losses or liabilities (including, without limitation, attorneys' fees and costs, whether or not litigation is commenced) that may be asserted against or incurred by or imposed upon them at any time arising out of or in connection with any matter or thing which is inconsistent with your representations or warranties in this Agreement.

        10.      <u>Notices</u>. All notices, payments, consents, waivers, and other communications required or permitted by this Agreement shall be in writing and deemed given to a party when (a) post marked by the USPS when sent via regular mail; or (b) delivered by hand or courier service (costs prepaid); or (c) sent via fax or email with confirmation of transmission by the transmitting equipment; or (d) received or rejected by the addressee, if sent via certified mail, return receipt requested, in each case to the following addresses, email addresses, or fax numbers and marked to the attention of the person by (name or title) designated below (or to such other address, email address, fax number, or person as a party may designate by notice to the other party):

        If to JANUS et Cie:

        JANUS et Cie
        12310 Greenstone Avenue
        Santa Fe Springs, CA 90670

        With a copy to:
        Haworth, Inc.
        One Haworth Center

Holland, Michigan 49423
Attn: Scott Poulton
Email: Scott.Poulton@Haworth.com
Facsimile: 616-396-9151

If to you:
Janice Feldman
Club at Capella
1 The Knolls
Duplex 7
Sentosa Island
Singapore 098297
Email: Janice@janus.com

11. <u>Independent Contractor</u>. In your capacity as a designer under this Agreement, including during any period in which you are not an employee of JANUS et Cie, each party hereto is an independent contractor with respect to the other, and shall not be deemed by virtue of this Agreement, or any act of any party pursuant hereto, to be in a joint venture, partnership, employment relationship or any other legal relationship with the other party, other than vendor and purchaser of the services described herein. No employee, agent, or other representative of another party, and none of their activities, shall at any time be deemed to be under the control or authority of another party, or under the joint control of the parties. With respect to this Agreement, no party shall have any power or authority to bind another party to any agreement or legal obligation. Each party shall be fully liable for its own worker's compensation premiums and liability, and all federal, state, and local withholding taxes or charges with respect to itself and its employees, and each party agrees to hold the others harmless from any claims brought against the other with respect thereto.

12. <u>No Injunctive Relief</u>. You agree that, in the event of any dispute between JANUS et Cie and you regarding the Designs, Design-Based Products or this Agreement, your remedies against JANUS et Cie will be limited to the right to recover actual damages suffered, if any, in an action at law. You agree that, except as set forth in Section 8, this Agreement cannot be terminated and you agree to waive and hereby waive any right or remedy in equity, including any right to rescind JANUS et Cie's rights in the Accepted Designs, or to enjoin or restrain the manufacture, sale, distribution, promotion or advertising of Design-Based Products.

13. <u>Assignment</u>. This Agreement is personal to the parties and may not be assigned or transferred by a party via any means without the prior written consent of the other parties; provided, however, that in any transaction where all or substantially all of the assets of JANUS et Cie (including JANUS et Cie's rights and obligations under this Agreement) are transferred or assigned to any of its affiliates, successors, subsidiaries or other entity, your consent shall not be required. For the avoidance of doubt, notwithstanding any provision to the contrary contained herein, upon your death all Royalty payments required to be made following your death under Section 6(a) and Section 8(b) shall be paid to the Janice Feldman Living Trust or any successor trust or other entity established by or on your behalf for the purpose of receiving such payments.

14. <u>Miscellaneous</u>. You acknowledge that you have read and understand this Agreement, that no oral representations of any kind have been made to you, and that you have not relied on any statements or representations outside the text of this Agreement. This Agreement

states the entire understanding between JANUS et Cie and you with reference to the subject matter hereof and supersedes in all respects the Original Design Agreement which has no further force or effect. Any modification or waiver of any of the provisions of this Agreement must be in writing and signed by JANUS et Cie and you. A waiver of any breach by a party in any one instance shall not constitute a waiver of any subsequent breach, whether or not similar. Except as provided in this Agreement with regard to the payment of Royalties under Section 8(b), this Agreement is not intended for the benefit of any third party. Should any provision or part of any provision be void or unenforceable, such provision or part thereof shall be deemed omitted, and this Agreement with such provision or part thereof omitted shall remain in full force and effect. This Agreement may be executed in one or more duplicate counterparts and when signed by each of the parties shall constitute a single, binding agreement. This Agreement shall be construed under, governed by and subject to the laws of the State of California and the United States of America, and any disputes shall be heard in the courts located in Los Angeles, California.

Please sign in the space below to show your acceptance and approval of this Agreement.

**Accepted and Agreed:**

Janice Feldman

_____
Signature   JANICE FELDMAN

_____
Print Name   JANICE FELDMAN

JANUS et Cie

By: _____
Its: Authorized Signatory   PAUL WARREN

Poltrona Frau Group

By: _____
Its: Authorized Signatory