Fred M. Blum (SBN 101586)
fblum@eghblaw.com
Jesper I. Rasmussen (SBN 121001)
jrasmussen@eghblaw.com
Jennifer L. Lallite (SBN 230135)
jlallite@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
515 S. Flower Street, Suite 10120
Los Angeles, CA 90071
Telephone: (213) 444-7218
Fax: (213) 652-1992

Stuart I. Friedman (Pro Hac Vice to be submitted)
sfriedman@friedmanwittenstein.com
Ivan O. Kline (Pro Hac Vice to be submitted)
ikline@friedmanwittenstein.com
Jonathan D. Daugherty (Pro Hac Vice to be submitted)
jdaugherty@friedmanwittenstein.com
FRIEDMAN & WITTENSTEIN
A Professional Corporation
1345 Avenue of the Americas
2nd Floor
New York, New York 10105
Telephone: (212) 750-8700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUS ET CIE,<br><br>              Plaintiff,<br><br>     vs.<br><br>JANICE FELDMAN,<br><br>              Defendant. | Case No.:<br><br>**PLAINTIFF JANUS ET CIE's FED R. CIV. P. 7.1 AND C.D. CAL. L.R. 7.1-1 NOTICE OF INTERESTED PARTIES** |

- 1 -
PLAINTIFF JANUS ET CIE'S FED. R. CIV. P. 7.1 AND C.D. CAL. L.R. 7.1-1
NOTICE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and C.D. Cal. Local Rule 7.1-1, the undersigned, counsel of record for JANUS et Cie ("JANUS"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  JANUS, a privately held California corporation, is wholly owned by Haworth, Inc.

2.  Haworth, Inc., is a privately held Michigan corporation, with no parent company.

3.  No publicly traded corporation owns 10% or more of the stock of JANUS.

DATED: November 15, 2022

*/s/ Fred Blum*
Fred Blum (SBN101586)
Jesper I. Rasmussen (SBN121001)
Jennifer L. Lallite (SBN230135)
**EDLIN GALLAGHER HUIE + BLUM**
515 S. Flower Street, Suite 10120
Los Angeles, CA 90071
Telephone: (213) 444-7218
Fax: (213) 652-1992

*and*

**FRIEDMAN & WITTENSTEIN**
A Professional Corporation
Stuart I. Friedman (*Pro Hac Vice application forthcoming*)
Ivan O. Kline (*Pro Hac Vice application forthcoming*)
Jonathan D. Daugherty (*Pro Hac Vice application forthcoming*)
1345 Avenue of the Americas
2nd Floor
New York, New York 10105
Telephone: (212) 750-8700