Stuart I. Friedman
sfriedman@friedmanwittenstein.com
Friedman & Wittenstein, A Professional Corporation
1345 Avenue of the Americas, 2nd Floor
New York, NY  10105

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANUS ET CIE

v.

JANICE FELDMAN

CASE NUMBER

2:22-cv-08352-PA-AFM

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Friedman, Stuart I.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 750-8700          (212) 223-8391

*Telephone Number           Fax Number*

sfriedman@friedmanwittenstein.com

*E-Mail Address*

of

Friedman & Wittenstein, A Professional Corporation
1345 Avenue of the Americas, 2nd Floor
New York, NY  10105

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Janus et Cie

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Blum, Fred M.

*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 101586          (213)444-7218          (213)652-1992

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

fblum@eghblaw.com

*E-Mail Address*

of

Edlin Gallagher Huie + Blum
515 S. Flower Street, Suite 10120
Los Angeles, CA  90071

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☒ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.
November 28, 2022

_____
**U.S. District Judge/U.S. Magistrate Judge**